ATLANTIC & PACIFIC PACKING CO., INC., Respondent, v. ISIDORE WEINSTEIN, Doing Business as WEINSTEIN'S FOOD STORES, Appellant.— Action to recover damages in connection with the sale of a quantity of canned salmon. Defendant moved for summary judgment dismissing the third amended complaint, pursuant to rule 113 of the Rules of Civil Practice, or, in the alternative, to dismiss the complaint, pursuant to rule 106 of the Rules of Civil Practice. Order denying defendant's motion affirmed, with $10 costs and disbursements. The second cause of action pleaded in the complaint, as a matter of mere pleading, is sufficient. Questions urged in respect of it may be determined only on a trial as, for instance, the question as to the effect of the claimed offer of delivery of 300 cases and the questions in respect of passing of title. Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

GEORGE K. BENNETT, Respondent, v. HARRISVILLE COMBING MILLS, INC., Defendant, and AUSTIN T. LEVY, Appellant.— Action to recover damages for breach of a contract of employment entered into in New York City. Order directing the individual defendant to appear for examination before trial in Kings County affirmed, with $10 costs and disbursements, the examination to proceed on five days' notice. The granting of the motion did not involve an improvident exercise of discretion. (Drews v. Spencer, 274 App. Div. 802; Rockwell v. Leach & Co., 206 App. Div. 632.) Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.